# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Dawn Mistler,

    Plaintiff,

v.

Debt Recovery Solutions LLC,

    Defendant.

Civil Action No.: 4:09-cv-40222

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

  Plaintiff, Dawn Mistler, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(A)(i).

Dated: February 16, 2010

            Respectfully submitted,

            By: /s/ Sergei Lemberg

            Sergei Lemberg (BBO: 650671)
            Lemberg & Associates L.L.C.
            1100 Summer Street, 3rd Floor
            Stamford, CT 06905
            Telephone: (203) 653-2250
            Facsimile: (877) 795-3666
            Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system:

                                                By:  /s/ Sergey Lemberg
                                                      Sergei Lemberg